UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

3:09-md-02100-DRH-PMF

MDL No. 2100

**This Document Relates To:**

| | | |
|---|---|---|
| *Susan Angle v. Bayer Corporation, et al.* | No. | 3:10-cv-20110-DRH-PMF |
| *Katrina Butterfield v. Bayer Corporation, et al.* | No. | 3:10-cv-20377-DRH-PMF |
| *Kim Keppel v. Bayer Corporation, et al.* | No. | 3:11-cv-20036-DRH-PMF |
| *Doreen McCloud, et al. v. Bayer Corp., et al.* | No. | 3:10-cv-20468-DRH-PMF |
| *LaTasha McGuire v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. | 3:10-cv-12872-DRH-PMF |
| *Christie Reynolds v. Bayer Corporation, et al.* | No. | 3:10-cv-20461-DRH-PMF |
| *Gretchen Sullivan v. Bayer Corporation, et al.* | No. | 3:10-cv-20429-DRH-PMF |
| *Michelle Trapp v. Bayer Corporation, et al.* | No. | 3:10-cv-20111-DRH-PMF |

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulations of dismissal filed in this Court on August 13, 2012, the above cases are **DISMISSED** in their entirety with prejudice. Each party to bear their own attorneys' fees and costs.

NANCY J. ROSENSTENGEL,

CLERK OF COURT

BY: /s/*Sandy Pannier*

Deputy Clerk

DATED: August 14, 2012

APPROVED: /s/ David R. Herndon

Digitally signed by David R. Herndon
Date: 2012.08.14 13:52:35 -05'00'

CHIEF JUDGE
U. S. DISTRICT COURT